NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-873

MARTIN AND VIVIAN HUMPHREY

VERSUS

STATE OF LOUISIANA, DEPARTMENT OF
CULTURE, RECREATION & TOURISM

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2002-2013
J. DAVID PAINTER/A.J. PLANCHARD, DISTRICT JUDGES

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, and John D. Saunders and Oswald A. Decuir, Judges.

Saunders, J., concurs in the result.

AFFIRMED.


Carol S. Hunter
Assistant Attorney General
Louisiana Department of Justice
Litigation Division
556 Jefferson Street, 4th Floor
Lafayette, LA 70501
(337) 262-1700
Counsel for Defendant/Appellee:
   State of Louisiana, Department of
   Culture, Recreation & Tourism

**Barry A. Roach**
**Larry A. Roach, Inc.**
**2917 Ryan Street**
**Lake Charles, LA 70601**
**(337) 433-8504**
**Counsel for Plaintiffs/Appellants:**
    **Martin Humphrey**
    **Vivian Humphrey**